IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTA HIGGINS, Individually and RUBEN RUBIO, Individually,<br><br>　　Plaintiffs,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY,<br><br>　　Defendant. | Case No. CIV-14-959-R |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs, Ruben Rubio and Christa Higgins, by and through their attorney of record, Joe Carson of Warhawk Legal, joining with Defendant, Allstate Indemnity Company, by and through its attorney of record, David D. Donchin of the firm Durbin, Larimore & Bialick, and stipulate and agree that the above-captioned matter be dismissed with prejudice against the filing of a future action thereon, for the reason that the parties have entered into a compromise settlement. The parties therefore submit that this matter is concluded, pursuant to Rule 41(a)(1)(A)(ii), and respectfully request this Court to enter an administrative closing order as necessary.


s/ Joe Carson
Joe Carson, OBA# 19429
Warhawk Legal
1000 W. Wilshire Blvd, Ste 230
Oklahoma City, OK 73116
Telephone: (405) 397-1717
Facsimile: (405) 241-5222
E-Mail: joe@warhawklegal.com
*(Signed by Filing Attorney with permission of Plaintiff Attorney)*

s/ David B. Donchin
David B. Donchin
Bar Number: 10783
Thomas R. Kendrick
Bar Number: 17760
Attorneys for Defendant
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584
Facsimile: (405) 235-0551
E-Mail: dlb@dlb.net

\#13842456v1<OKC>-DWP&RAC 120.1913